# UNITED STATES DISTRICT COURT

for the

Southern District of West Virginia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>External hard drives, cellular telephones, computer<br>towers, and micro SD card, located at 1404 Forensic<br>Science Drive, Huntington, WV | )<br>)<br>)<br>)  Case No.  3:20-mj-00090<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ Southern _____ District of _____ West Virginia _____ *(identify the person or describe the property to be searched and give its location)*:

Subject Property, to wit: external hard drives, cellular telephones, two computer towers, and one micro SD card, all currently located at 1404 Forensic Science Drive, Huntington, WV - Further described in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:
See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before _December 3 2020_ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Cheryl A. Eifert _____ .

(United States Magistrate Judge)

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*     ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:  _November 19, 2020 @ 3:17 pm_     _____
*Judge's signature*

City and state:  _Huntington, West Virginia_     Cheryl A. Eifert, U.S. Magistrate Judge
*Printed name and title*

| Return | | |
|---|---|---|
| Case No.:<br>3:20-mj-00090 | Date and time warrant executed:<br>11/19/2020 / 4:03 pm | Copy of warrant and inventory left with:<br>Dale Mosley |
| Inventory made in the presence of :<br>N/A | | |
| Inventory of the property taken and name of any person(s) seized: | | |

All items listed in attachment A are with Dale Mosley, West Virginia State Police, Digital Forensics unit, located at 1401 Forensic Science Dr, Huntington, WV pending digital forensic examination.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/22/2021

_____
*Executing officer's signature*

Georgia Marshall, Special Agent
*Printed name and title*



FILED

MAR 2 2 2021

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

## ATTACHMENT A

## DESCRIPTION OF ITEMS TO BE SEARCHED

The items to be searched are the SUBJECT DEVICES, more specifically described as:

a. Seagate Barracuda 2 TB external hard drive, S/N ZFL22AT2;

b. Toshiba 1 TB external hard drive, S/N: 54RZS2QBSTT1;

c. Nokia Zeiss cellular telephone;

d. Motorola Model XT1625 cellular telephone; IMEI 354124070415385

e. SanDisk 8 GB Micro S.D. card (PVN Adapter);

f. Vatar computer tower, including:

    i. Lite-On Model LCS128L95 128 GB hard drive;

    ii. WD 3D NAND 500 GB hard drive, S/N 200705A00E1B;

    iii. WD 10EZEK 1 TB hard drive, S/N WMC3FOF78X19;

    iv. Hitachi 2 TB hard drive, S/N B9JAMBZT; and

g. Emachine computer tower, including:

    i. Seagate Momentus Thin hard drive, S/N S3P7HBNJ;

    ii. Toshiba 500 GB hard drive, S/N 46P3PIL9T; and

    iii. Hitachi Model HTS543216L9A300 160 GB hard drive.

The devices are currently located at 1401 Forensic Science Drive, Huntington, WV 25701.

## ATTACHMENT B

## ITEMS TO BE SEIZED

All records on the SUBJECT DEVICES described in Attachment A, which constitute evidence of the commission of a criminal offense, contraband, the fruits of crime, or property designed or intended for use or which is or has been used as the means of committing a criminal offense, namely violations of 18 U.S.C. 2252A (a)(5)(B) and (b)(2) to include:

a. evidence of who used, owned, or controlled the DEVICES at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved user names and passwords, documents, browsing history, user profiles, email, email contacts, "chat," instant messaging logs, photographs, and correspondence;

b. evidence of software that would allow others to control the SUBJECT DEVICES, such as viruses, Trojan horses, and other forms of malicious software, as well as evidence of the presence or absence of security software designed to detect malicious software;

c. evidence of the lack of such malicious software;

d. evidence indicating how and when the devices were accessed or used to determine the chronological context of access, use, and events relating to the crime(s) under investigation and to the computer user;

e. evidence indicating the device user's knowledge and/or intent as it relates to the crime(s) under investigation;

f. evidence of the attachment to the DEVICES of other storage devices or similar containers for electronic evidence;

g. evidence of programs (and associated data) that are designed to eliminate data from the SUBJECT DEVICES;

h. evidence of the times the SUBJECT DEVICES were used;

i. passwords, encryption keys, and other access devices that may be necessary to access the SUBJECT DEVICES;

j. records of or information about Internet Protocol addresses used by the SUBJECT DEVICES;

k. records of or information about the DEVICES' Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any

Internet search engine, and records of user-typed web addresses; and

l. contextual information necessary to understand the evidence described in this attachment.

m. Child pornography, as defined in 18 U.S.C. § 2256(8), visual depictions of minors engaging in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2), and child erotica.

This warrant authorizes a review of electronic storage media and electronically stored information seized or copied pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the seized or copied electronic data to the custody and control of attorneys for the government and their support staff for their independent review.